IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES HUGHES, *et al.*,

    Plaintiffs,

v.

CITY OF DUBLIN, *et al.*,

    Defendants.

Case No. 2:16-cv-153

JUDGE ALGENON L. MARBLEY

Magistrate Judge Vascura

## ORDER

This matter comes before the Court on the Magistrate Judge's June 15, 2017 **Report and Recommendation** (Doc. 3), which recommended that Plaintiff's complaint be dismissed for failure to prosecute.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 2.) The parties have failed to file any objections, and the deadline for objections (June 29, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (Doc. 3) based on the independent consideration of the analysis therein. This case is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                             s/ Algenon L. Marbley
                             ALGENON L. MARBLEY
                             UNITED STATES DISTRICT JUDGE

**DATED: August 16, 2017**